# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| CenCore Associates, LLC | ) ASBCA No. 62137 |
| | ) |
| Under Contract No. H98230-18-D-0027 | ) |

APPEARANCE FOR THE APPELLANT: Merrill E. Mead, Esq.
          Counsel

APPEARANCE FOR THE GOVERNMENT: Darrell F. Cook, Esq.
          NSA Chief Trial Attorney
          National Security Agency
          Fort Meade, MD

## ORDER OF DISMISSAL

The Board docketed this appeal on July 22, 2019. By letter dated August 5, 2019, prior to the filing of its complaint, appellant withdrew its appeal. Appellant has requested, and the government does not object to, dismissal of this appeal without prejudice. Accordingly, it is dismissed from the Board's docket without prejudice.

Dated: August 19, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62137, Appeal of CenCore Associates, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals